IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE PIT, INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Case No. 4:14CV484 |
| | § | |
| JAMES L. NEIGHBORS, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Application for Temporary Restraining Order and Temporary Injunctive Relief (Dkt. 2) be GRANTED and that a preliminary injunction be issued.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Application for Temporary Restraining Order and Temporary Injunctive Relief (Dkt. 2) is GRANTED and the court will enter an order of preliminary injunction as recommended.

**IT IS SO ORDERED.**

**SIGNED** this the 31st day of March, 2015.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE